IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

CASE NO. 09-3195

UNITED STATES OF AMERICA

Appellee

v.

DR. WILLIAM KING

Appellant

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

**ADDENDUM TO APPENDIX**

Michael P. Lytle, Esq.
Warnken, LLC, Attorneys at Law
300 E. Joppa Road, Suite 303
Towson, Maryland 21286
443-921-1100
443-921-1111 (fax)

| Court Home | Case Search | Calendar | Opinions | Orders/Judgments | Billing History | XML | TXT | Logout | Help |

## General Docket
## Third Circuit Court of Appeals

| **Court of Appeals Docket #:** 09-3195 | **Docketed:** 07/30/2009 |
|---|---|
| USA v. William King | |
| **Appeal From:** U.S. District Court for the District of Eastern Pennsylvania | |

**Case Type Information:**
1) criminal
2) Sen & Cnv appeal
3) null

**Originating Court Information:**
**District:** 0313-2 : 2-08-cr-00066-001
**Trial Judge:** Robert F Kelly, U.S. District Judge
**Date Filed:** 02/06/2008
**Date Order/Judgment:**              **Date NOA Filed:**
07/27/2009                             07/24/2009

**Prior Cases:**
  None

**Current Cases:**
  None

| UNITED STATES OF AMERICA<br>Plaintiff - Appellee | Maureen McCartney, Esq.<br>Direct: 215-861-8564<br>Email: maureen.mccartney@usdoj.gov<br>Fax: 215-384-6019<br>[COR NTC Federal government]<br>Office of United States Attorney<br>615 Chestnut Street<br>Suite 1250<br>Philadelphia, PA 19106-0000<br><br>Bea L. Witzleben, Esq.<br>Direct: 215-861-8680<br>Email: bea.witzleben@usdoj.gov<br>Fax: 215-861-8618<br>[COR NTC Federal government]<br>Office of United States Attorney<br>615 Chestnut Street<br>Suite 1250<br>Philadelphia, PA 19106-0000 |
|---|---|
| v. | |
| WILLIAM KING, M.D. (#62888-066)<br>Defendant - Appellant | Robert W. Biddle, Esq.<br>Direct: 410-783-0272<br>Email: biddle@nathanslaw.com |

Fax: 410-783-0518
[Retained]
Nathans & Biddle
120 East Baltimore Street
Suite 1800, SunTrust Building
Baltimore, MD 21202-0000

Michael P. Lytle, Esq.
Direct: 443-921-1100
Email: mike.lytle@warnkenlaw.com
[COR NTC Retained]
Warnken
300 East Joppa Road
Suite 303
Towson, MD 21286

| UNITED STATES OF AMERICA |
| --- |
| v. |
| WILLIAM KING, M.D., |
|       Appellant |

| Date | | Description |
|---|---|---|
| 07/30/2009 | 5 pg, 143.34 KB | CRIMINAL CASE DOCKETED. Notice filed by William King. (PDB) |
| 07/30/2009 | | RECORD available on District Court CM/ECF. (PDB) |
| 08/03/2009 | 1 pg, 440.3 KB | ECF FILER: ENTRY OF APPEARANCE from Maureen McCartney on behalf of Appellee(s) United States of America. (MM) |
| 08/03/2009 | 1 pg, 169.49 KB | ECF FILER: ENTRY OF APPEARANCE from Bea L. Witzleben on behalf of Appellee(s) United States of America. (BLW) |
| 08/05/2009 | 1 pg, 50.29 KB | ECF FILER: ENTRY OF APPEARANCE from Michael P. Lytle, Esq on behalf of Appellant(s) Dr. William King. (MPL) |
| 08/05/2009 | 1 pg, 65.16 KB | ECF FILER: Transcript Purchase Order Form (Part 1) filed by Appellant William King advising this court that transcripts are already on file in the District Court. (MPL) |
| 08/05/2009 | 2 pg, 58.39 KB | ECF FILER: CRIMINAL INFORMATION STATEMENT on behalf of Appellant William King, filed. (MPL) |
| 08/05/2009 | 1 pg, 81.28 KB | ECF FILER: TRANSCRIPT PURCHASE ORDER (Part II) filed by VERITEXT TRANSCRIPTION for date(s) of 7/24/09. (JC) |
| 08/31/2009 | 1 pg, 83.84 KB | ECF FILER: TRANSCRIPT PURCHASE ORDER (Part III) filed by VERITEXT TRANSCRIPTION for the date(s) of 7/24/09. Transcripts were filed in the District Court on 08/31/2009. (JC) |
| 09/09/2009 | 2 pg, 93.77 KB | BRIEFING NOTICE ISSUED. Brief on behalf of Appellant William King due on or before 10/09/2009. Appendix due on or before 10/09/2009. Presentence Report due on or before. (PDB) |
| 10/09/2009 | 44 pg, 733.71 KB | ECF FILER: ELECTRONIC BRIEF with Volume I of Appendix attached on behalf of Appellant William King, filed. Certificate of Service dated 10/09/2009 by US mail, email. (MPL) |
| 10/09/2009 | 0 pg, 0 KB | ECF FILER: ELECTRONIC APPENDIX on behalf of Appellant William King, filed. Certificate of Service dated 10/09/2009 by US mail, email. (MPL) |
| 10/13/2009 | | HARD COPY RECEIVED from Appellant William King - Brief with Volume I of Appendix attached. Copies: 10. (KEL) |
| 10/13/2009 | | HARD COPY RECEIVED from Appellant William King - Appendix. Copies: 4. Volumes: 2 (Volume I attached to Brief). (MS) |
| 10/14/2009 | 1 pg, 69.44 KB | NON COMPLIANCE Order issued to Appellant William King regarding the Pre-sentence Report. Please open the attachment for the full text of the Order. Compliance due by 10/19/2009. (MS) |
| 10/15/2009 | 1 pg, 20.44 KB | ECF FILER: LETTER on behalf of Attorney Michael P. Lytle, Esq. for Appellant William King. Certificate of Service dated 10/15/2009. SEND TO THE MERITS PANEL.--[Edited 10/15/2009 by PDB] (MPL) |
| 10/16/2009 | 4 pg, 97.71 KB | NON COMPLIANCE Order issued to Appellant William King regarding the appendix filed on 10/09/2009. Please open the attachment for the full text of the Order. Compliance due by 10/21/2009. (MCW) |

Clear All

⦿ **Documents and Docket Summary**
○ **Documents Only**

☑ **Include page numbers**

**Selected Pages:** 0      **Selected Size:** 0 KB
**Totals reflect accessible documents only and do not include unauthorized restricted documents.**

[View Selected]

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/19/2009 09:36:14 | | | |
| **PACER Login:** | wa0518 | **Client Code:** | |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 09-3195 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

APPEAL, CLOSED

**United States District Court**
**Eastern District of Pennsylvania (Philadelphia)**
**CRIMINAL DOCKET FOR CASE #: 2:08-cr-00066-RK-1**

| | |
|---|---|
| Case title: USA v. KING | Date Filed: 02/06/2008 |
| | Date Terminated: 07/27/2009 |

Assigned to: HONORABLE ROBERT F. KELLY

Appeals court case number: '09-3195'

### Defendant (1)

| | | |
|---|---|---|
| **WILLIAM KING**<br>*M.D.*<br>*TERMINATED: 07/27/2009* | represented by | **GERALD B. INGRAM**<br>1315 WALNUT ST.<br>SUITE 800<br>PHILADELPHIA , PA 19107<br>215-732-9011<br>Email: Bigg1004@aol.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**LARRY A. NATHANS**<br>NATHANS &BIDDLE LLP<br>120 EAST BALTIMORE STREET<br>SUITE 1800<br>BALTIMORE , MD 21202<br>410/783-0272<br>Email: nathans@nathanslaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**ROBERT W. BIDDLE**<br>NATHANS &BIDDLE LLP<br>120 EAST BALTIMORE STREET<br>SUITE 1800<br>BALTIMORE , MD 21202<br>410/783-0272<br>Email: biddle@nathanslaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**TERRY L. PUGH**<br>TERRY L. PUGH AND ASSOCIATES<br>1315 WALNUT ST.<br>SUITE 800<br>PHILA , PA 19107<br>TEL 215-732-9011<br>Email: tpughlaw1@aol.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1341 MAIL FRAUD; 18:2<br>AIDING AND ABETTING<br>(1-13) | IMPRISONMENT 36 MONTHS<br>CONCURRENTLY; SUPERVISED RELEASE 3<br>YEARS CONCURRENTLY; FINE $12,500.00; |

| | |
|---|---|
| | RESTITUTION IN THE SUM OF $780,151.00; SPECIAL ASSESSMENT $8200.00 |
| 18:1347 HEALTH CARE FRAUD; 18:2 AIDING AND ABETTING<br>(14-72) | IMPRISONMENT 36 MONTHS CONCURRENTLY; SUPERVISED RELEASE 3 YEARS CONCURRENTLY; FINE $12,500.00; RESTITUTION IN THE SUM OF $780,151.00; SPECIAL ASSESSMENT $8200.00 |
| 18:1038 FALSE STATEMENTS IN A HEALTH CARE MATTER<br>(73-82) | IMPRISONMENT 36 MONTHS CONCURRENTLY; SUPERVISED RELEASE 3 YEARS CONCURRENTLY; FINE $12,500.00; RESTITUTION IN THE SUM OF $780,151.00; SPECIAL ASSESSMENT $8200.00 |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                               **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                       **Disposition**

None

---

**Plaintiff**

USA                                    represented by   **BEA WITZLEBEN**
U.S. ATTORNEY'S OFFICE
615 CHESTNUT ST.
SUITE 1250
PHILADELPHIA, PA 19106
215-861-8680
Email: bea.witzleben@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MAUREEN MCCARTNEY**
U.S. DEPT OF JUSTICE
615 CHESTNUT ST.
SUITE 1250
PHILADELPHIA, PA 19106
215-861-8564
Email: maureen.mccartney@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Entered | # | Docket Text |
|---|---|---|
| 02/06/2008 | 1 | INDICTMENT as to WILLIAM KING (1) count(s) 1-13, 14-72, 73-82. (ti, ) (ti, ). (Entered: 02/06/2008) |
| 02/22/2008 | 2 | ORDER SETTING CONDITIONS OF RELEASE AS TO WILLIAM KING (1). BAIL SET AT $50,000 O/R W/CONDITIONS.. Signed by MAGISTRATE JUDGE DAVID R. STRAWBRIDGE on 2/21/08.2/22/08 Entered and Copies E-Mailed. (jh, ) (Entered: 02/22/2008) |

| | | |
|---|---|---|
| 02/22/2008 | 3 | NOTICE OF ATTORNEY APPEARANCE GERALD B. INGRAM appearing for WILLIAM KING. (jh, ) (Entered: 02/22/2008) |
| 02/22/2008 | | O/R Bond Entered as to WILLIAM KING in amount of $50,000 w/conditions. (jh, ) (Entered: 02/22/2008) |
| 02/22/2008 | 4 | Minute Entry for proceedings held before MAGISTRATE JUDGE DAVID R. STRAWBRIDGE Arraignment as to WILLIAM KING (1) Count 1−13,14−72,73−82 held on 2/21/08. Plea entered by WILLIAM KING Not Guilty on counts 1−13, 14−72, 73−82. Deft. allowed 10 days to file motions. Bail set at $50,000 O/R w/conditions. Trial set for 4/14/08. Court Reporter ESR.(jh, ) (Entered: 02/22/2008) |
| 03/05/2008 | 5 | MOTION TO ENLARGE TIME WITHIN WHICH TO FILE PRETRIAL MOTIONS, CERT. OF SERVICE BY WILLIAM KING. (jh, ) (Entered: 03/05/2008) |
| 03/07/2008 | 6 | ORDER GRANTING 5 MOTION TO ENLARGE TIME TO FILE PRETRIAL MOTIONS AS TO WILLIAM KING (1). DEFT. SHALL HAVE ADDITIONAL TIME TO FILE PRETRIAL MOTIONS, AFTER RECEIPT OF DISCOVERY. FILING DEADLINE TO BE SET BY THE COURT.. Signed by HONORABLE ROBERT F. KELLY on 3/7/08.3/7/08 ENTERED AND COPIES MAILED, E−MAILED BY CHAMBERS.(jh, ) (Entered: 03/07/2008) |
| 03/26/2008 | 7 | Motion for Enlargement and Continuance Pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and Certificate of Service by USA as to WILLIAM KING. (WITZLEBEN, BEA) Modified on 3/27/2008 (cmc). (Entered: 03/26/2008) |
| 03/28/2008 | 8 | ORDER GRANTING 7 MOTION TO CONTINUE AS TO WILLIAM KING (1) PURSUANT TO 18:3161(h)(8)(A). TRIAL IS CONTINUED TO 7/14/08.. Signed by HONORABLE ROBERT F. KELLY on 3/27/08.3/28/08 ENTERED AND COPIES E−MAILED.(jh, ) (Entered: 03/28/2008) |
| 06/13/2008 | 9 | MOTION TO CONTINUE TRIAL, CERT. OF SERVICE BY WILLIAM KING. (jh, ) (Entered: 06/13/2008) |
| 06/23/2008 | 10 | ORDER TO CONTINUE − ENDS OF JUSTICE PURSUANT TO 18 U.S.C. SECTION 3161(h)(8)(A) AS TO WILLIAM KING. DEFT'S MOTION FOR TRIAL CONTINUANCE IS GRANTED. TRIAL IS RESCHEDULED FOR 10/6/08. Signed by HONORABLE ROBERT F. KELLY on 6/23/08.6/23/08 Entered and Copies E−Mailed. (jh, ) (Entered: 06/23/2008) |
| 09/22/2008 | 11 | Government's Motion to Admit Tape Recordings and Memorandum of Law by USA as to WILLIAM KING, CERT.OF SERVICE, (Proposed Order). (WITZLEBEN, BEA) Modified on 9/23/2008 (cmc). (Entered: 09/22/2008) |
| 09/22/2008 | 12 | MOTION for Protective Order by USA as to WILLIAM KING, CERT.OF SERVICE, (Proposed Order). (WITZLEBEN, BEA) Modified on 9/23/2008 (cmc). (Entered: 09/22/2008) |
| 09/24/2008 | 13 | NOTICE OF ATTORNEY APPEARANCE MAUREEN MCCARTNEY appearing for USA. (MCCARTNEY, MAUREEN) (Entered: 09/24/2008) |
| 09/29/2008 | 14 | TRIAL MEMORANDUM by USA as to WILLIAM KING(WITZLEBEN, BEA) (Entered: 09/29/2008) |
| 09/29/2008 | 15 | Proposed Voir Dire by USA as to WILLIAM KING, CERT.OF SERVICE.(WITZLEBEN, BEA) Modified on 9/30/2008 (cmc). (Entered: 09/29/2008) |

| | | |
|---|---|---|
| 10/01/2008 | 16 | Proposed Jury Instructions by USA as to WILLIAM KINGCertificate of Service(WITZLEBEN, BEA) (Entered: 10/01/2008) |
| 10/01/2008 | 17 | Jury Verdict Sheet as to WILLIAM KING.Certificate of Service(WITZLEBEN, BEA) (Entered: 10/01/2008) |
| 10/02/2008 | 18 | MOTION TO SUPPRESS STATEMENTS, MEMORANDUM OF LAW, CERT. OF SERVICE BY WILLIAM KING. (jh, ) (Entered: 10/02/2008) |
| 10/03/2008 | 19 | RESPONSE in Opposition re 18 MOTION to Suppress *Government's Response to Defendant's Motion to Suppress His Statements and Certificate of Service* filed by USA (WITZLEBEN, BEA) (Entered: 10/03/2008) |
| 10/03/2008 | 20 | MOTION TO DISMISS INDICTMENT AND/OR COUNTS FILED BY WILLIAM KING, MEMORANDUM, CERTIFICATE OF SERVICE. (ke) (Entered: 10/03/2008) |
| 10/03/2008 | 21 | Minute Entryfor proceedings held before HONORABLE ROBERT F. KELLYHearing – Pending Motions as to WILLIAM KING held on 10/3/08.AUSA advised Court that Govt's. "starks" motion will be withdrawn and not argued at this time. Court held hearing on Deft's. motion to suppress: Govt's. Witness: sworn. Gov't. rested. Deft. had no Witnesses; Counsel argued. Court ruled that Deft's. interview was non–custodial, Court reserved ruling on the content of his statements. Counsel argued Deft's. motion to dismiss indictment – Court will rule on this motion after review of Counsel's papers. Trial scheduled for 10/6/08.Court Reporter ESR.(ke) (Entered: 10/03/2008) |
| 10/06/2008 | 22 | RESPONSE to Motion by USA as to WILLIAM KING re 20 MOTION to Dismiss *Government's Response to Defendant's Motion To Dismiss and Certificate of Service* filed by USA (WITZLEBEN, BEA) (Entered: 10/06/2008) |
| 10/06/2008 | 23 | RESPONSE to Motion by USA as to WILLIAM KING re 18 MOTION to Suppress *Government's Supplemental Response to Defendant's Motion To Suppress His Statements and Certificate of Service* filed by USA (WITZLEBEN, BEA) (Entered: 10/06/2008) |
| 10/06/2008 | 24 | ORDER DENYING 18 MOTION TO SUPPRESS STATEMENTS AS TO WILLIAM KING (1).Signed by HONORABLE ROBERT F. KELLY on 10/6/08.10/6/08 ENTERED AND COPIES E–MAILED AND GIVEN TO COUNSEL BY CHAMBERS.(jh, ) (Entered: 10/06/2008) |
| 10/07/2008 | 25 | ORDER DENYING 20 MOTION TO DISMISS INDICTMENT AND/OR COUNTS AS TO WILLIAM KING (1).. Signed by HONORABLE ROBERT F. KELLY on 10/6/08.10/7/08 ENTERED AND COPIES E–MAILED AND GIVEN TO COUNSEL BY CHAMBERS.(jh, ) (Entered: 10/07/2008) |
| 10/08/2008 | 26 | Minute Entry for proceedings held before HONORABLE ROBERT F. KELLY. Jury Trial ( Day 1 ) Voir Dire held on 10/6/08, as to WILLIAM KING. Jurors called and sworn. Witnesses sworn. Court Reporter ESR.(jh, ) (Entered: 10/08/2008) |
| 10/08/2008 | 27 | Minute Entry for proceedings held before HONORABLE ROBERT F. KELLY. Jury Trial (Day 2) as to WILLIAM KING held on 10/7/08. Witeses sworn.Court Reporter ESR.(jh, ) (Entered: 10/08/2008) |
| 10/09/2008 | 28 | Minute Entry for proceedings held before HONORABLE ROBERT F. KELLY. Jury Trial (Day 3) as to WILLIAM KING |

| | | |
|---|---|---|
| | | held on 10/8/08. Witnesses sworn. Court Reporter ESR.(jh, ) (Entered: 10/09/2008) |
| 10/10/2008 | 29 | Minute Entry for proceedings held before HONORABLE ROBERT F. KELLY:Jury Trial–Day 4 as to WILLIAM KING held on 10/9/08. All jurors present. Witnesses called and sworn. Jury excused, Trial to resume on 10/10/08 at 9:30 a.m.Court Reporter ESR.(mac, ) (Entered: 10/10/2008) |
| 10/16/2008 | 30 | Minute Entry for proceedings held before HONORABLE ROBERT F. KELLYJury Trial (Day 5) as to WILLIAM KING held on 10/10/08. Witnesses sworn. Deft's motion for judgment of acquittal -- Denied. Court Reporter ESR.(jh, ) (Entered: 10/16/2008) |
| 10/16/2008 | 31 | Minute Entry for proceedings held before HONORABLE ROBERT F. KELLYJury Trial(Day 6) as to WILLIAM KING held on 10/14/08. Witnesses sworn. Court Reporter ESR.(jh, ) (Entered: 10/16/2008) |
| 10/16/2008 | 32 | Minute Entry for proceedings held before HONORABLE ROBERT F. KELLY. Jury Trial(Day 7) held on 10/15/08. Court charges the Jury. JURY VERDICT as to WILLIAM KING (1) Guilty on Count 1-13,14-72,73-82. Govt. argued forfeiture issue to the Jury. Court charged the jury re: forfeiture. Jury reached verdict. Jury found Govt. entitled to money judgment of $639,578.00(forfeiture). Jury dismised. Deft's bail is continued. Sentencing set for 1/30/09, at 9:30 A.M.Court Reporter ESR.(jh, ) (Entered: 10/16/2008) |
| 10/16/2008 | | ***Set/Reset Hearings as to WILLIAM KING: Sentencing set for 1/30/2009, 09:30 AM before HONORABLE ROBERT F. KELLY. (jh, ) (Entered: 10/16/2008) |
| 10/16/2008 | 33 | Jury Question as to WILLIAM KING. (jh, ) (Entered: 10/16/2008) |
| 10/16/2008 | 34 | Jury Verdict Sheet as to WILLIAM KING.(jh, ) (Entered: 10/16/2008) |
| 10/16/2008 | 35 | Forfeiture Special Verdict Sheet as to WILLIAM KING.(jh, ) (Entered: 10/16/2008) |
| 10/16/2008 | 36 | ORDER THAT THE CLERK OF COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA BE AND HE IS HEREBY DIRECTED TO FURNISH LUNCH FOR 12 JURORS ENGAGED IN THE ABOVE ENTITLED CASE.. Signed by HONORABLE ROBERT F. KELLY on 10/15/08.10/16/08 Entered. (jh, ) (Entered: 10/16/2008) |
| 10/22/2008 | 37 | MOTION FOR NEW TRIAL AND/OR ARREST OF JUDGMENT, CERT. OF SERVICE BY WILLIAM KING. (jh) Modified on 2/10/2009 (cmc, ). (Entered: 10/22/2008) |
| 10/23/2008 | 38 | TRANSCRIPT of Proceedings(Hearing on Pending Motions) as to WILLIAM KING held on 10/3/08, before Judge ROBERT KELLY. (jh, ) (Entered: 10/23/2008) |
| 12/04/2008 | 39 | Government's Motion for Forfeiture Money Judgment by USA as to WILLIAM KING, CERT. OF SERVICE, (Proposed Order). (WITZLEBEN, BEA) Modified on 12/5/2008 (cmc, ). (Entered: 12/04/2008) |
| 12/11/2008 | 40 | TRANSCRIPT of Proceedings(Jury Trial) as to WILLIAM KING held on 10/6/08, before Judge ROBERT F. KELLY. (jh, ) (Entered: 12/11/2008) |

| | | |
|---|---|---|
| 12/11/2008 | 41 | TRANSCRIPT of Proceedings(Jury Trial) as to WILLIAM KING held on 10/7/08, before Judge ROBERT F. KELLY. (jh, ) (Entered: 12/11/2008) |
| 12/11/2008 | 42 | TRANSCRIPT of Proceedings(Jury Trial) as to WILLIAM KING held on 10/8/08, before Judge ROBERT F. KELLY. (jh, ) (Entered: 12/11/2008) |
| 12/11/2008 | 43 | TRANSCRIPT of Proceedings (Jury Trial) as to WILLIAM KING held on 10/9/08, before Judge ROBERT F. KELLY. (jh, ) (Entered: 12/11/2008) |
| 12/11/2008 | 44 | TRANSCRIPT of Proceedings(Jury Trial) as to WILLIAM KING held on 10/10/08, before Judge ROBERT F. KELLY. (jh, ) (Entered: 12/11/2008) |
| 12/11/2008 | 45 | TRANSCRIPT of Proceedings(Jury Trial) as to WILLIAM KING held on 10/14/08, before Judge ROBERT F. KELLY. (jh, ) (Entered: 12/11/2008) |
| 12/11/2008 | 46 | TRANSCRIPT of Proceedings(Jury Trial) as to WILLIAM KING held on 10/15/08, before Judge ROBERT F. KELLY. (jh, ) (Entered: 12/11/2008) |
| 12/19/2008 | 47 | ORDER AS TO WILLIAM KING THAT DEFT'S BRIEF IN SUPPORT OF POST-TRIAL MOTIONS IS DUE BY 1/9/09. THE RESPONSE OF THE GOVT. SHALL BE DUE BY 1/30/09.. Signed by HONORABLE ROBERT F. KELLY on 12/18/08.12/19/08 Entered and Copies Mailed, E-Mailed by Chambers. (jh, ) (Entered: 12/19/2008) |
| 01/06/2009 | 48 | APPLICATION FOR FOR LEAVE TO APPEAR PRO HAC VICE ATTORNEY: LARRY A. NAYTHONS ON BEHALF OF DEFT. WILLIAM KING, SPONSOR'S STATEMENT, CERT. OF SERVICE.(FEE PAID) (jh, ) (Entered: 01/06/2009) |
| 01/06/2009 | 49 | APPLICATION FOR FOR LEAVE TO APPEAR PRO HAC VICE ATTORNEY: ROBERT W. BIDDLE ON BEHALF OF DEFT. WILLIAM KING, SPONSOR'S STATEMENT, CERT. OF SERVICE.(FEE PAID) (jh, ) (Entered: 01/06/2009) |
| 01/07/2009 | 50 | ORDER GRANTING THE APPLICATIONS OF LARRY ALLEN NAYTHONS AND ROBERT W. BIDDLE, ESQ. TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b). Signed by HONORABLE ROBERT F. KELLY on 1/6/09.1/7/09 ENTERED AND COPIES MAILED, E-MAILED.(jh, ) (Entered: 01/07/2009) |
| 01/20/2009 | 51 | UNOPPOSED MOTION TO EXTEND TIME FOR RESPONDING TO THE PRESENTENCE REPORT AND TO FILE A POST-TRIAL BRIEF, CERT. OF SERVICE BY WILLIAM KING. (jh, ) (Entered: 01/20/2009) |
| 01/21/2009 | 52 | ORDER GRANTING 51 MOTION FOR EXTENSION OF TIME FOR RESPONDING TO THE PRESENTENCE REPORT AND TO FILE A POST-TRIAL BRIEF(MOTION) AS TO WILLIAM KING (1). THE TIME FOR DEFT. TO RESPOND TO THE PRESENTENCE REPORT IS EXTENDED TO 2/4/09, AND THE TIME FOR DEFT. TO FILE A PORT-TRIAL BRIEF IS EXTENDED UNTIL 2/9/09.. Signed by HONORABLE ROBERT F. KELLY on 1/20/09.1/21/09 ENTERED AND COPIES MAILED, E-MAILED.(jh, ) (Entered: 01/21/2009) |
| 02/09/2009 | 53 | NOTICE *of Withdrawal of Motion for New Trial* by WILLIAM KING re 37 MOTION for New Trial (NATHANS, LARRY) (Entered: 02/09/2009) |

| | | |
|---|---|---|
| 03/24/2009 | 54 | TRANSCRIPT of Proceedings – VOIR DIRE – as to WILLIAM KING held on 10/6/08, before Judge KELLY. (gs, ) (Entered: 03/24/2009) |
| 04/13/2009 | 55 | TRANSCRIPT ARRAIGNMENT held on 2/21/08, before Judge STRAWBRIDGE. Court Reporter/Transcriber ESR. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/4/2009. Redacted Transcript Deadline set for 5/14/2009. Release of Transcript Restriction set for 7/13/2009. (jh, ) (Entered: 04/13/2009) |
| 04/13/2009 | 56 | Notice of Filing of Official Transcript with Certificate of Service re: 55 Transcript – PDF, 4/13/09 Entered and Copies Emailed. (jh, ) (Entered: 04/13/2009) |
| 07/15/2009 | 57 | SENTENCING DOCUMENT as to WILLIAM KING (WITZLEBEN, BEA) (Entered: 07/15/2009) |
| 07/17/2009 | 58 | Sentencing Document by WILLIAM KING. (BIDDLE, ROBERT) (Entered: 07/17/2009) |
| 07/20/2009 | 59 | Exhibits (#1-40) by WILLIAM KING re 58 Sentencing Document, Cert. of Service. (FILED IN HARD COPY) (cmc) (Entered: 07/20/2009) |
| 07/22/2009 | 60 | Supplemental SENTENCING DOCUMENT, Cert. of Service as to WILLIAM KING. (cmc) (Entered: 07/22/2009) |
| 07/22/2009 | 61 | Exhibits (#42) by WILLIAM KING re 60 Supplemental Sentencing Document. (HARD COPY). (cmc) (Entered: 07/22/2009) |
| 07/27/2009 | 63 | Minute Entry for proceedings held before HONORABLE ROBERT F. KELLY.Sentencing held on 7/24/09, for WILLIAM KING (1), Count(s) 1-13, 14-72, 73-82, IMPRISONMENT 36 MONTHS CONCURRENTLY; SUPERVISED RELEASE 3 YEARS CONCURRENTLY; FINE $12,500.00; RESTITUTION IN THE SUM OF $780,151.00; SPECIAL ASSESSMENT $8200.00.Court Reporter ESR.(jh, ) (Entered: 07/27/2009) |
| 07/27/2009 | 64 | FORFEITURE MONEY JUDGMENT AS TO WILLIAM KING IN THE SUM OF $ 639,578.00. Signed by HONORABLE ROBERT F. KELLY on 7/24/09.7/27/09 Entered and Copies Mailed, E-Mailed by Chambers. (jh, ) (Entered: 07/27/2009) |
| 07/27/2009 | 65 | NOTICE OF APPEAL of Judgment by WILLIAM KING (Appealable Order not yet filed) Filing fee $ 455(Receipt # 006041) (jh, ) Modified on 7/27/2009 (jh, ). (Entered: 07/27/2009) |
| 07/27/2009 | 66 | Clerk's Notice to USCA re: 65 Notice of Appeal – Final Judgment. (jh, ) (Entered: 07/27/2009) |
| 07/27/2009 | 67 | JUDGMENT AS TO WILLIAM KING (1), Count(s) 1-13, 14-72, 73-82, IMPRISONMENT 36 MONTHS CONCURRENTLY; SUPERVISED RELEASE 3 YEARS CONCURRENTLY; FINE $12,500.00; RESTITUTION IN THE SUM OF $780,151.00; SPECIAL ASSESSMENT $8200.00.. Signed by HONORABLE ROBERT F. KELLY on 7/27/09.7/27/09 Entered.(jh, ) (Entered: 07/27/2009) |
| 07/31/2009 | 68 | NOTICE of Docketing Record on Appeal from USCA as to WILLIAM KING re: 65 Notice of Appeal – Final Judgment filed by WILLIAM KING. USCA Case Number 09-3195. (jh, ) (Entered: 07/31/2009) |

| | | |
|---|---|---|
| 08/06/2009 | 69 | Copy of TPO Form re: 65 Notice of Appeal. (jh, ) (Entered: 08/06/2009) |
| 08/06/2009 | 70 | NOTICE of Lis Pendens by USA as to WILLIAM KING re: 11 Melstone Turn, Durham, North Carolina. (jh, ) (Entered: 08/06/2009) |
| 08/06/2009 | 71 | NOTICE of Lis Pendens by USA as to WILLIAM KING re: 9511 Horn Avenue, Nottingham, Maryland. (jh, ) (Entered: 08/06/2009) |
| 08/10/2009 | 72 | Release of Lis Pendens by USA as to WILLIAM KING (WITZLEBEN, BEA) (Entered: 08/10/2009) |
| 08/10/2009 | 73 | Release of Lis Pendens by USA as to WILLIAM KING (WITZLEBEN, BEA) (Entered: 08/10/2009) |
| 08/31/2009 | 74 | TRANSCRIPT SENTENCING HEARING held on 7/24/09, before Judge ROBERT F. KELLY. Court Reporter/Transcriber ESR/RIVKAH LEVIS. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/21/2009. Redacted Transcript Deadline set for 10/1/2009. Release of Transcript Restriction set for 11/30/2009. (ke) (Entered: 08/31/2009) |
| 08/31/2009 | 75 | Notice of Filing of Official Transcript with Certificate of Service re 74 Transcript – PDF, 8/31/09 Entered and Copies Emailed. (ke) (Entered: 08/31/2009) |

## CERTIFICATE OF SERVICE

I hereby certify, this 19th day of October, 2009, that one copy of this Addendum to Appendix was served via CM/ECF and via first class, postage pre-paid mail upon the following:

Bea Witzleben, Esq.
Maureen McCartney, Esq.
Office of the United States Attorney
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106

_____
Michael P. Lytle, Esq.